USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-19-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
ALEXANDER SCREAHBEN                 :

           Petitioner,           :   08 Civ. 3230 (LTS)(HBP)

  -against-                         :   ORDER

ROBERT ERCOLE                       :

           Respondent.           :
-----------------------------------X

        PITMAN, United States Magistrate Judge:

        The Clerk of the Court will serve a copy of this Order and underlying petition, by certified mail, return receipt requested, upon the Attorney General of the State of New York and the District Attorney of Bronx County and will also mail a copy of this Order to petitioner.

        Respondent is directed to serve and file an answer or motion herein no later than August 18, 2008. Responding papers shall include such information as is necessary for this Court to determine whether petitioner has exhausted his state remedies. Transcripts of all relevant proceedings, the briefs submitted on

appeal, and the record in any state post-conviction proceedings shall also be submitted.

Dated: New York, New York
      June 17, 2008

SO ORDERED

_____
HENRY PITMAN
United States Magistrate Judge

Copies Mailed To:

Mr. Alexander Screahben
04-A-6837
Green Haven Correctional Facility
594 Route 2116
Stormville, New York 12582

Office of the Attorney General
State of New York
120 Broadway
New York, New York 10271-0332

District Attorney's Office
Bronx County
198 East 161st Street
Bronx, New York 10541