

# OFFICE OF THE DISTRICT ATTORNEY, Bronx County

**ROBERT T. JOHNSON**
*District Attorney*

198 East 161st Street
Bronx, New York 10451

(718) 590-7981
Fax (718) 590-6523
www.bronxda.nyc.gov

**MARY JO L. BLANCHARD**
*Assistant District Attorney*
*Appeals Bureau*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-16-08

July 9, 2008

Honorable Henry Pittman
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, New York 10007

RECEIVED
JUL 14 2008
CHAMBERS OF
HENRY PITMAN
U.S.M.J.

Re:   *Screahben v. Ercole*
      08 Civ. 3230 (LTS) (HBP)

Your Honor:

   I am the Assistant District Attorney assigned to answer the above-named petition. As a supervising attorney in the Appeals Bureau of the Office of the District Attorney, Bronx County, I carry a full appellate caseload in addition to my duties supervising Assistant District Attorneys and support staff. In light of my existing responsibilities, I am unable to frame an adequate response to petitioner-appellant's *pro se* habeas petition by the current filing deadline of August 18, 2008, and, therefore, request an extension to September 18, 2008. This is respondent's first request for this relief. I have neither sought nor received consent from my incarcerated *pro se* adversary.

Sincerely,

Mary Jo L. Blanchard
Assistant District Attorney
Appeals Bureau

cc: Alexander Screahben, *pro se*
    DIN 04-A-6837
    Green Haven Correctional Facility
    594 Route 2116
    Stormville, New York 12582

Application Granted

**SO ORDERED**

HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE

7-15-08